■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW RODNEY, Also Known as BENJAMIN ANTONIO, Appellant. [23 NYS3d 894]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court

dated June 13, 2012 (*People v Rodney*, 96 AD3d 880 [2012]), affirming a judgment of the Supreme Court, Queens County, rendered November 20, 2007.

Ordered that the application is denied.

The appellant has failed to establish that he has denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Roman, J.P., Sgroi, LaSalle and Barros, JJ., concur.